IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| W.P. HICKMAN SYSTEMS, INC., HICKMAN MANUFACTURING, INC. and A.M. TECHNOLOGIES, INC., | Case No. 08-26591 |
| | Chapter 11 |
| Debtor. | Document No. |
| | Related to Document No. 667 |

## NOTICE OF EFFECTIVE DATE OF JOINT PLAN OF LIQUIDATION

On February 9, 2010, the confirmed Joint Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors of the Debtors Under Chapter 11 of the Bankruptcy Code Dated October 16, 2009 (the "Joint Plan") became effective pursuant to its terms. All conditions specified in Section 10.1 of the Joint Plan have been satisfied or waived in accordance with the Joint Plan.

Respectfully submitted,

CAMPBELL & LEVINE, LLC

Dated: February 10, 2010

By:/s/ Paul J. Cordaro
Paul J. Cordaro, Esquire
PA I.D. No. 85828
pjc@camlev.com
1700 Grant Building
Pittsburgh, PA 15219-2399
T: 412-261-0310
F: 412-261-5066
*Counsel for the Debtors*

{P0163494.1 }